## **Exclusion List**

1. Regina Tolliver