

LEGAL ADMINISTRATION

February 4, 2020

**VIA FEDEX-PRIORITY OVERNIGHT**

The Honorable William P. Dimitrouleas
United States District Judge
Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205
Fort Lauderdale, FL 33301

Re: **Halperin v. YouFit Health Clubs, LLC**
    **Case No. 18-CV-61722-WPD**

Dear Judge Dimitrouleas:

I am the Vice President of Legal Affairs for JND Legal Administration ("JND"). JND is the settlement administrator (the "Administrator") in the above-referenced action (the "Action") as ordered by the Court in its Order Preliminarily Approving Class Settlement and Notice, Certifying Settlement Class, and Scheduling Fairness Hearing, dated May 28, 2019 (the "Preliminary Approval Order").

Pursuant to the Preliminary Approval Order, the Administrator was directed to perform all substantive responsibilities with respect to effectuating the class notice program as set forth in the Settlement Agreement and Release ("Settlement Agreement"). Additionally, pursuant to the Final Judgment and Order Approving Settlement, dated November 1, 2019 ("Final Order"), the Administrator was directed to issue payments to settlement class members who submitted valid, timely and complete claim forms in the Action.

To date, JND has performed all of its authorized responsibilities as the Administrator in accordance with the Preliminary Approval Order, the Final Order and the Settlement Agreement. Those responsibilities included, but were not limited to: (i) determining email and mailing addresses for settlement class members; (ii) mailing and emailing notice to settlement class members; (iii) establishing a case-specific, interactive website; (iv) establishing a toll-free telephone number; (v) assisting settlement class members; (vi) processing claims; (vii) escrowing funds; (viii) issuing and mailing claim settlement payments; and (ix) providing related support, reporting and administration as further stated in the Settlement Agreement.

Pursuant to the Settlement Agreement, all notice and administrative costs were to be paid by YouFit Health Clubs, LLC ("YouFit"). Further, per the Settlement Agreement, the Administrator was to invoice YouFit directly for start-up and initial notice costs after entry of the Preliminary Approval Order and bill YouFit monthly for incurred fees and expenses thereafter. JND has



LEGAL ADMINISTRATION

complied with the billing requirements of the Settlement Agreement as outlined herein, but regrettably, YouFit has failed to meet its obligations under the Settlement Agreement with respect to payment of the notice and administrative costs. Despite repeated requests for payment of its outstanding invoices, JND has not been paid for any of its notice and administrative work in the Action. Importantly, at no point since JND's appointment as Administrator did YouFit advise JND that it was unsatisfied with its work, nor did YouFit dispute any of JND's invoices. Rather, YouFit has simply ignored JND's requests for payment. Despite not receiving payment for any work performed to date, JND has nevertheless continued to fulfill its obligations as Administrator in accordance with the Preliminary Approval Order and the Final Order, including distributing settlement payments today.

The Court's Final Order provides that the "administration and consummation of the Settlement as embodied in the Settlement Agreement shall be under the authority of the Court. The Court shall retain exclusive jurisdiction to protect, preserve, and implement the Settlement Agreement, including but not limited to, enforcement of the Releases. The Court expressly retains jurisdiction in order to enter such further orders as may be necessary or appropriate in administering and implementing the terms and provisions of the Settlement Agreement."

As a result of the foregoing, JND respectfully seeks the Court's intervention and/or assistance in obtaining payment from YouFit for its notice and administrative work in this Action as required by the Settlement Agreement. The total amount outstanding and owing to JND as of the date of this letter is $104,617.27.

Respectfully submitted,

*Stacey Fishbein*

Stacey Fishbein
Vice President, Legal Affairs
stacey.fishbein@jndla.com
206.788.8750

cc: **Via FedEx-Priority Overnight**
Anthony Severino, Esq.
Brad Barrios, Esq.
Kenneth Turkel, Esq.
Scott Edelsberg, Esq.
Andrew Shamis, Esq.
Avi Kaufman, Esq.