UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61722-WPD

CYDNEY HALPERIN, individually and
on behalf of others similarly situated,

    Plaintiff,

v.

YOUFIT HEALTH CLUBS, LLC, a
Florida limited liability company,

    Defendant.

_____/

## ORDER REQUIRING JOINT RESPONSE TO LETTER
## RECEIVED FROM SETTLEMENT ADMINISTRATOR JND

THIS CAUSE is before the Court on the receipt in Chambers of a February 4, 2020 letter from the settlement administrator JND, which the Court has separately placed in the docket.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that a joint response to the letter received from the settlement administrator JND shall be filed on or before **February 12, 2020**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 5th day of February, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record