UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CYDNEY HALPERIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>YOUFIT HEALTH CLUBS, LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO 18-CV-61722-DIMITROULEAS |

**JOINT RESPONSE TO LETTER RECEIVED
FROM SETTLEMENT ADMINISTRATOR JND**

Pursuant to the Court's Order Requiring Joint Response to Letter Received from Settlement Administrator JND (DE 47), Plaintiff, Cydney Halperin ("Plaintiff") and Defendant, YouFit Health Clubs, LLC ("YouFit") (collectively, the "Parties"), by and through undersigned counsel, submit the following response to JND's February 4, 2020 letter to the Court:

1.    On May 29, 2019, the Court granted preliminary approval to the proposed class action settlement set forth in the Settlement Agreement and Release (the "Settlement Agreement") between the Parties ("Preliminary Approval Order") (DE 37).

2.    The Preliminary Approval Order appointed JND Legal Administration, Inc. as the Administrator of the Settlement. *Id.*, ¶13.

3.    On November 1, 2019, the Court entered its Final Judgment and Order Approving Settlement (DE 44).

4.    Pursuant to the Settlement Agreement, YouFit is required to make the following payments: (1) payment of a Service Award to Plaintiff through Class Counsel; (2) payment to JND to fund payment of all Class Member claims; (3) installment payments to Class Counsel for

{BC00277527:1}

the Settlement Class Attorneys' Fees and Expenses; and (4) payment to JND for all settlement administration fees and expenses.

5.  Although Plaintiff and Class Counsel are parties to the Settlement Agreement, neither Plaintiff nor Class Counsel is responsible for the payment of JND's fees and expenses. YouFit and JND entered into a contract regarding the payment of JND's fees and expenses, and neither Plaintiff nor Class Counsel are parties to that contract.

6.  On December 6, 2019 YouFit made the Service Award payment to Plaintiff via Class Counsel.

7.  On January 3, 2020, YouFit indicated for the first time that they needed an extension to make the payment to JND to fund payments to class claimants and to make the first installment payment to Class Counsel for Attorneys' Fees and Expenses. Class Counsel did not agree.

8.  On January 7, 2020, after confirming with JND that YouFit did not make the payment to JND to fund payments to class claimants on January 6, 2020, Class Counsel immediately initiated a meet and confer with YouFit's counsel concerning a motion to enforce the Settlement Agreement.

9.  During the pendency of the meet and confer, on January 8, 2020, YouFit made an initial payment erroneously to Class Counsel to fund payments to class claimants. Immediately upon learning this, Class Counsel transmitted the funds to JND.

10. Also on January 8, 2020, as part of the meet and confer, YouFit indicated that it would make the balance of the payment to JND to fund payments to class claimants by January 13, 2020, with sufficient time for JND to issue class member payments by February 4, 2020, which was the deadline pursuant to the Settlement Agreement. Pursuant to paragraph 20 of the Court's

Final Judgment and Order Approving Settlement (DE 44), which provides that "[w]ithout further of the Court, the Settlement Parties may agree to reasonably necessary extension of time to carry out any provisions of the Settlement[,]" Class Counsel agreed to extend the deadline for YouFit to make payment until January 13, 2020. Class Counsel also agreed to the following modified schedule for payment of Class Counsel's Attorneys' Fees and Expenses, delaying the initial payment until February 15, 2020, and setting March 15, April 15, and May 15 as the deadlines for the remaining installment payments.

11. On January 13, 2020, YouFit made the remaining payment to JND to fund payments to class claimants. And, on February 4, 2020, JND disbursed the funds to the class claimants.

12. During that time, on January 17, 2020, JND indicated for the first time to class counsel that they had not been paid their fees and costs, and requested confirmation from YouFit that payment would be made.

13. On February 3, 2020, JND notified Class Counsel that YouFit had failed to confirm that payment would be made, and Class Counsel recommended bringing it to the Court's attention, resulting in JND's February 4, 2020 letter.

14. YouFit states that the need for extensions to make payments for class claims and Attorneys' Fees and Expenses resulted from unexpected financial and accounting issues within YouFit. As to the payment of JND's fees and expenses, on February 4, 2020, counsel for YouFit attempted to engage in good faith discussions with JND's representatives to agree to a payment plan but was advised that JND demanded immediate payment of its invoices.

15. YouFit intends to fully comply with its payment obligations under the Settlement Agreement. To that end, on February 11, 2020, YouFit proposed to JND that YouFit would pay

$13,000 per month until JND is paid in full for its fees and services. Based upon that schedule, JND would be paid in full in eight months.

16. On February 12, 2012, JND rejected YouFit's request for a payment plan and did not provide any counter-offer other than requesting/demanding full and immediate payment.

Dated: February 12, 2020

*/s/ Scott A. Edelsberg*
**EDELSBERG LAW, PA**
Scott A. Edelsberg
19495 Biscayne Blvd. #607 Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

**KAUFMAN P.A**.
Avi R. Kaufman, Esq.
400 NW 26th Street
Miami, FL  33127
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis
14 NE 1st Avenue, Suite 400
Miami, FL  33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
*Attorneys for Plaintiff*

*/s/ Brad F. Barrios*
**BAJO | CUVA | COHEN | TURKEL**
Kenneth G. Turkel, FBN 867233
kturkel@bajocuva.com
Brad F. Barrios, FBN 35293
bbarrios@bajocuva.com
Anthony Severino, FBN 93452
aseverino@bajocuva.com
100 N. Tampa Street, Suite 1900
Tampa, FL  33602
Telephone:  (813) 443-2199
Facsimile: (813) 443-2193
*Attorneys for Defendant*