

February 13, 2020

**VIA FEDEX-PRIORITY OVERNIGHT**

The Honorable William P. Dimitrouleas
United States District Judge
Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205
Fort Lauderdale, FL 33301

Re: **Halperin v. YouFit Health Clubs, LLC**
     **Case No. 18-CV-61722-WPD**

Dear Judge Dimitrouleas:

JND Legal Administration ("JND") respectfully submits this letter in reply to the Joint Response to Letter Received From Settlement Administrator JND ("Joint Response") filed with the Court on February 12, 2020 by counsel for the parties in the above-referenced action (the "Action").

Counsel's recitation of the facts in the Joint Response ignores the fact that, in accordance with the Settlement Agreement and Release, JND has been sending YouFit Health Clubs, LLC ("YouFit"), via their counsel, monthly invoices since August 2019. In addition to sending the monthly invoices, JND reached out to counsel regarding payment of the outstanding invoices nine (9) times prior to submitting its February 4, 2020 letter to the Court. All of these requests went unanswered or unreturned until we submitted our letter to the Court on February 4, 2020. YouFit's email request to JND to pay us via an installment plan the day before the Joint Response was due to the Court is not reasonable in light of all the work we have done in the Action and the already lengthy delay in payment. JND has been working since June 2019 and has received zero payment. Significantly, nothing in their Joint Response challenges JND's fees or the work performed in the Action.

In light of the foregoing, we respectfully request that the Court order YouFit to pay us in full at this time. Alternatively, given that both class counsel and counsel for YouFit have benefited from JND's work in the Action, if YouFit is insolvent, JND respectfully requests that counsel be ordered to pay JND's outstanding invoices under the Court's continuing jurisdiction.

In addition, JND will need to perform further work in the Action to handle check reissue requests from Settlement Class Members and to deal with other miscellaneous issues related to post-



distribution activities. We expect to be paid for that work and, again, respectfully request that the Court order YouFit and/or counsel to pay for that ongoing work.

Respectfully submitted,

Stacey Fishbein
Vice President, Legal Affairs
stacey.fishbein@jndla.com
206.788.8750

cc: **Via FedEx-Priority Overnight**
Anthony Severino, Esq.
Brad Barrios, Esq.
Kenneth Turkel, Esq.
Scott Edelsberg, Esq.
Andrew Shamis, Esq.
Avi Kaufman, Esq.