UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61722-WPD

CYDNEY HALPERIN, individually and
on behalf of others similarly situated,

    Plaintiff,

v.

YOUFIT HEALTH CLUBS, LLC, a
Florida limited liability company,

    Defendant.
_____/

**ORDER**

    THIS CAUSE is before the Court on the receipt in Chambers of a February 4, 2020 letter from the settlement administrator JND Legal Administration, Inc. ("JND"). *See* [DE 46]. On February 5, 2020, the Court entered an Order Requiring Joint Response to Letter Received from Settlement Administrator JND. *See* [DE 47]. A Joint Response was filed on February 12, 2020. *See* [DE 48]. On February 13, 2020, the Court received a letter in reply from JND, which the Court has separately placed in the docket. *See* [DE 49].

    It appears from these documents that JND and YouFit Health Clubs, LLC ("YouFit") entered into a contract regarding the payment of JND's fees and expenses and that JND is asserting a breach of that contract by YouFit. However, if JND wishes to pursue any legal action against YouFit, it may not continue to send letters to the Court. Rather, JND may choose to file a properly pled action in the appropriate court. The Court takes no position at this time as to

whether the Court has jurisdiction over any potential breach of contract action that might be brought by JND against YouFit.

      **DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 18th day of February, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record