## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-cv-61722-WPD

CYDNEY HALPERIN, individually and on behalf of
all others similarly situated,

**CLASS ACTION**

*Plaintiff,*

**JURY TRIAL DEMANDED**

vs.

YOUFIT HEALTH CLUBS, LLC, a
Florida limited liability company

*Defendant.*

_____

### <u>MOTION TO ENFORCE THE SETTLEMENT</u>

Pursuant to the Court's Order approving the class wide Settlement Agreement, class counsel requests an order directing Defendant to immediately pay all remaining attorneys' fees and costs owed to class counsel, totaling $126,666.66.

1.    The Court granted Final Approval to the class wide settlement of claims in this action on November 1, 2019, and ordered "[t]he award of attorneys' fees and costs…be paid from the Settlement Fund within the time period and manner set forth in the Settlement Agreement." *See* [DE #44], Final Approval Order, at ¶10.

2.    The Settlement Agreement required Defendant to pay attorneys' fees and costs in four installments with an initial payment being made 30 days after Final Approval. *See* Settlement Agreement [D.E. 36-1] at D.2 on page 13.

3.    Prior to making the initial payment, Defendant requested, and Plaintiff agreed to, a modified payment schedule, which would allow Defendant to make the payments on the following

dates: February 15, 2020, and setting March 15, April 15, and May 15. *See* Joint Statement at ¶10, [DE #48].

4.     Defendant made the first two installment payments when due.

5.     However, to date, Defendant has failed to make the April 15th payment.

6.     Plaintiff's counsel sent multiple emails to counsel for Defendant requesting an update on the outstanding April 15 payment, and to date, has not been advised of if or when Defendant intends to make the payment.  Notwithstanding, Defendant's counsel has advised that Defendant opposes this motion.

7.     Because the Court "retain[ed] jurisdiction to protect, preserve, and implement the Settlement Agreement" and "expressly [retained] jurisdiction in order to enter such further orders as may be necessary or appropriate in administering and implementing the terms and provisions of the Settlement Agreement" (*see* Final Approval Order at ¶16(b)), class counsel respectfully requests the Court direct Defendant to pay both remaining, unpaid installments of attorneys' fees, totaling $126,666.66, no later than April 24, 2020, and grant such further relief as the Court deems appropriate.

Dated: April 17, 2020                    Respectfully submitted,

                                         /s/ *Avi R. Kaufman*
                                         Avi R. Kaufman, Esq.
                                         Florida Bar No. 84382
                                         **KAUFMAN P.A.**
                                         kaufman@kaufmanpa.com
                                         400 NW 26th Street
                                         Miami, FL 33127
                                         Telephone: (305) 469-5881
                                         *Counsel for Plaintiff and the Class*