# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-61722-WPD

CYDNEY HALPERIN, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

YOUFIT HEALTH CLUBS, LLC, a
Florida limited liability company,

    Defendant.

_____/

## DECLARATION OF DAVID ISAAC

DAVID ISAAC declares and says as follows:

1. I am the Executive Co-Chairman of JND Legal Administration Co. ("JND"). I have personal knowledge of the facts set forth in this Declaration.

2. Pursuant to the Court's Order Preliminarily Approving Class Settlement and Notice, Certifying Settlement Class, and Scheduling Fairness Hearing (the "Preliminary Approval Order"), JND was appointed as the "Administrator" with respect to the settlement between the parties in the above-captioned case.

3. On November 1, 2019, the Court issued its Final Judgment and Order Approving Settlement (the "Final Judgment"). In doing so, the Court expressly approved the Settlement Agreement, including the terms that set forth the duties of JND and the payment to JND for the performance of such duties. The Court also ordered JND to make payments to class members.

4. In light of the terms of the parties' Settlement Agreement, the Preliminary Approval Order, and Final Judgment, JND was required to perform numerous tasks, which, *inter alia*, included (a) determining e-mail and mailing addresses for settlement class members, (b) mailing and e-mailing notice to settlement class members, (c) establishing a case-specific, interactive website; (d) establishing a toll-free telephone number, (e) assisting settlement class members, (f) processing claims, (g) escrowing funds, (h) issuing and mailing claim settlement payments, and (i) providing related support, reporting, and administration as further stated in the Settlement Agreement. In fact, JND faithfully, completely, and competently performed all such duties with respect to the administration of this Court-approved settlement. Indeed, by virtue of the fact that JND was ordered to perform its administrative functions as a result of court orders, JND felt compelled to diligently perform all of the tasks for which it was appointed to accomplish.

5. Pursuant to the terms of the settlement, Defendant YouFit Health Clubs, LLC ("YouFit") was supposed to pay the costs of administration, which included the fees for the work performed by JND. According to the parties' Settlement Agreement, JND was supposed to be paid through the "Settlement Fund" established by YouFit.

6. JND sent invoices to YouFit for the work performed by JND as the Court-appointed administrator. JND sent YouFit's counsel seven invoices (dated between July 31, 2019, and January 31, 2020). Copies of these invoices (which also detail the work performed) are attached hereto as Composite **Exhibit A**. A summary totaling the invoices is attached hereto as **Exhibit B**. The current outstanding amount of the unpaid invoices is $104,617.27. See Exhibit B.

7. YouFit has never disputed any of these invoices. Nor has YouFit ever expressed any dissatisfaction with the work performed by JND.

8. JND has made numerous demands to YouFit to pay the outstanding invoices. To date, YouFit has not paid *any* part of *any* of the invoices. The full cumulative amount of all of the invoices remains overdue and owing. In short, counsel for YouFit has simply ignored JND's repeated demands for payment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30 2020.

_____
DAVID ISAAC

# EXHIBIT A



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/31/2019 | 132414 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Initial Invoice - Billing Period (Inception - June 30, 2019) |  |  |
|  | CAFA Notice | 1,473.75 | 1,473.75 |
| 30.5 | Project Management | 155.00 | 4,727.50 |
| 7.5 | Case Website with Online Filing | 135.00 | 1,012.50 |
| 2 |     Monthly website hosting fee | 200.00 | 400.00 |
| 0.75 | Call Center | 105.00 | 78.75 |
| 1.5 |     Monthly toll-free number hosting | 70.00 | 105.00 |
|  |     Notice Translation | 664.50 | 664.50 |
| 0.25 | Email Notice | 95.00 | 23.75 |
| 2 | Database Management: | 150.00 | 300.00 |
| 1.5 |     Create class list for notice mailing | 150.00 | 225.00 |
|  | Mail Notice: |  |  |
| 9 | Format/ Quality review notice packet | 125.00 | 1,125.00 |
|  | Expenses: |  |  |
|  |     Domain registration | 199.99 | 199.99 |
|  |     Supplies | 24.30 | 24.30 |
|  |     Copy Charges | 22.65 | 22.65 |
|  |     Postage | 889.86 | 889.86 |
|  |  | **Invoice Total** | **$11,272.55** |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic:  Account Name: ███████████████████, Account Number: ████████████
Bank Name: ███████████, Wire ABA #: █████████, ACH Routing #: █████████



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/31/2019 | 292982 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2019) | | |
| 22 | Project Management | 145.00 | 3,190.00 |
| 27.25 | Case Website with Online Filing | 130.00 | 3,542.50 |
| 1 | Monthly website hosting fee | 200.00 | 200.00 |
| 2.5 | Call Center | 100.00 | 250.00 |
| 33.94 | IVR Min | 0.25 | 8.49 |
| 1 | Monthly toll-free number hosting | 70.00 | 70.00 |
| 1 | Respond to class member or claimant emails | 205.00 | 205.00 |
| 23.5 | Email Notice | 125.00 | 2,937.50 |
| 192,849 | Email notice | 0.01 | 1,928.49 |
| | Database Management: | 150.00 | 150.00 |
| 25.75 | Create class list for notice mailing | 150.00 | 3,862.50 |
| 2.25 | Create Project Database/Develop Prcocessing Procedures | 120.00 | 270.00 |
| 155,818 | Reverse Lookup Searches | 0.16 | 24,930.88 |
| | Mail Notice: | | |
| 0.75 | Print and mail notice packet | 190.00 | 142.50 |
| | Printing | 3,518.27 | 3,518.27 |
| | Postage | 13,164.64 | 13,164.64 |
| | Expenses: | | |
| | | **Invoice Total** | |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: ▮▮▮▮▮▮▮▮▮▮▮▮  Account Number: ▮▮▮▮▮▮▮▮
Bank Name: ▮▮▮▮▮▮▮  Wire ABA #: ▮▮▮▮▮▮ , ACH Routing #: ▮▮▮▮▮▮



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/31/2019 | 292982 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | PO Box Charge | 150.00 | 150.00 |
|   | Copy Charges | 9.00 | 9.00 |

**Invoice Total**  $58,529.77

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: ███████████████, Account Number: ██████████
Bank Name: ███████████ Wire ABA #: █████████, ACH Routing #: █████████



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA  98101
206.788.8750
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/30/2019 | 5178 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Billing Period (August 1 - 31, 2019) |  |  |
| 22 | Project Management | 135.00 | 2,970.00 |
| 3 | Case Website with Online Filing | 130.00 | 390.00 |
| 1 | Monthly website hosting fee | 200.00 | 200.00 |
|  | Call Center: |  |  |
| 455.37 | IVR Min | 0.25 | 113.84 |
| 1 | Monthly toll-free number hosting | 70.00 | 70.00 |
| 0.25 | Respond to class member or claimant emails | 250.00 | 62.50 |
| 4.75 | Email Notice | 130.00 | 617.50 |
|  | Database Management: |  |  |
| 0.25 | Create class list for notice mailing | 150.00 | 37.50 |
| 8.75 | Create Project Database/Develop Prcocessing Procedures | 145.00 | 1,268.75 |
|  | Mail Notice: |  |  |
| 0.25 | Print and mail notice packet | 190.00 | 47.50 |
| 9,733 | Printing | 0.07 | 681.31 |
|  | Postage | 2,597.95 | 2,597.95 |
| 4.25 | Track undeliverables/ process forwards | 60.00 | 255.00 |
| 0.5 | Research undeliverables/ remail | 150.00 | 75.00 |
|  | Process Forms: |  |  |
|  | **Invoice Total** |  |  |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name: ███████████████, Account Number: █████████
Bank Name: ██████████    Wire ABA #: █████████   ACH Routing #: █████████

Page 1



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA  98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/30/2019 | 5178 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 42 | Process mailed forms | 0.75 | 31.50 |
| 5,025 | Process online forms | 0.25 | 1,256.25 |
| 8.25 | MailRoom | 50.00 | 412.50 |
|  | Expenses: |  |  |
| 1 | PO Box Charge | 150.00 | 150.00 |

**Invoice Total**  $11,237.10

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:                              Account Number:
Bank Name:                    Wire ABA #:              , ACH Routing #:



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/28/2019 | 32230 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---:|---|---:|---:|
| | Billing Period (September 1 - 30, 2019) | | |
| 13.5 | Project Management | 135.00 | 1,822.50 |
| 0.25 | Case Website with Online Filing | 130.00 | 32.50 |
| 1 | Monthly website hosting fee | 200.00 | 200.00 |
| 1.25 | Call Center: | 100.00 | 125.00 |
| 98.78 | IVR Min | 0.25 | 24.70 |
| 1 | Monthly toll-free number hosting | 70.00 | 70.00 |
| 3.5 | Respond to class member or claimant emails | 75.00 | 262.50 |
| 2 | Database Management: | 125.00 | 250.00 |
| | Mail Notice: | | |
| 1 | Print and mail notice packet | 75.00 | 75.00 |
| 1.75 | Track undeliverables/ process forwards | 90.00 | 157.50 |
| 0.25 | Format/ Quality review notice packet | 95.00 | 23.75 |
| | Process Forms: | | |
| 9 | Process mailed forms | 0.75 | 6.75 |
| 4,097 | Process online forms | 0.25 | 1,024.25 |
| 2.5 | MailRoom | 45.00 | 112.50 |
| | Expenses: | | |

**Invoice Total**

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: ███████████████, Account Number: ███████
Bank Name: ███████, Wire ABA #: ███████, ACH Routing #: ███████

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/28/2019 | 32230 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | PO Box Charge | 150.00 | 150.00 |
|  | Supplies | 144.12 | 144.12 |
|  | Copy charges | 139.05 | 139.05 |
|  | Box storage | 1.50 | 1.50 |
|  | Postage | 314.80 | 314.80 |

**Invoice Total**  $4,936.42

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉   Account Number: ▉▉▉▉▉▉▉▉
Bank Name: ▉▉▉▉▉▉▉▉   Wire ABA #: ▉▉▉▉▉▉▉, ACH Routing #: ▉▉▉▉▉▉▉▉

**Total Balance Due**

$104,617.27



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2019 | 76647 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---:|---|---:|---:|
| | Billing Period (October 1 - 31, 2019) | | |
| 22 | Project Management | 150.00 | 3,300.00 |
| 0.25 | Case Website with Online Filing | 125.00 | 31.25 |
| 1 | Monthly website hosting fee | 200.00 | 200.00 |
| 0.5 | Call Center: | 110.00 | 55.00 |
| 37.91 | IVR Min | 0.25 | 9.48 |
| 1 | Monthly toll-free number hosting | 70.00 | 70.00 |
| 1.5 | Respond to class member or claimant emails | 60.00 | 90.00 |
| 8.75 | Database Management: | 150.00 | 1,312.50 |
| 0.25 | Email notice | 60.00 | 15.00 |
| | Mail Notice: | | |
| 0.5 | Track undeliverables/ process forwards | 70.00 | 35.00 |
| | Process Forms: | | |
| 2 | Process mailed forms | 0.75 | 1.50 |
| 6,059 | Process online forms | 0.25 | 1,514.75 |
| 2.5 | MailRoom | 45.00 | 112.50 |
| | Expenses: | | |

**Invoice Total**

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name: ███████████████████  Account Number: ███████████
Bank Name: ███████████, Wire ABA #: ███████████  ACH Routing #: ███████████

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2019 | 76647 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | PO Box Charge | 150.00 | 150.00 |
|   | Copy charges | 2.85 | 2.85 |
|   | Box storage | 1.50 | 1.50 |

**Invoice Total**   $6,901.33

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:                              , Account Number:
Bank Name:                    Wire ABA #:              , ACH Routing #:

**Total Balance Due**

$104,617.27



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/31/2019 | 77153 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (November 1 - 30, 2019) | | |
| 2.5 | Project Management | 150.00 | 375.00 |
| 1.25 | Case Website with Online Filing | 150.00 | 187.50 |
| 1 | Monthly website hosting fee | 200.00 | 200.00 |
| 0.25 | Call Center: | 150.00 | 37.50 |
| 12.36 | IVR Min | 0.25 | 3.09 |
| 1 | Monthly toll-free number hosting | 70.00 | 70.00 |
| 0.75 | Respond to class member or claimant emails | 60.00 | 45.00 |
| 3 | Database Management: | 130.00 | 390.00 |
| 0.25 | Email notice | 60.00 | 15.00 |
| | Mail Notice: | | |
| 0.5 | Track undeliverables/ process forwards | 70.00 | 35.00 |
| | Process Forms: | | |
| 31 | Process mailed forms | 0.75 | 23.25 |
| 5,271 | Process online forms | 0.25 | 1,317.75 |
| 0.5 | Manage Settlement Fund | 95.00 | 47.50 |
| 1 | Monthly banking fee | 70.00 | 70.00 |

**Invoice Total**

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: ███████████████████, Account Number: ███████████
Bank Name: ███████████, Wire ABA #: ███████████, ACH Routing #: ███████████

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/31/2019 | 77153 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---:|---|---:|---:|
| 4 | Mailroom | 45.00 | 180.00 |
|  | Expenses: |  |  |
| 1 | PO Box Charge | 150.00 | 150.00 |
|  | Copy charges | 5.40 | 5.40 |
|  | Box storage | 1.50 | 1.50 |
|  | Postage | 11.03 | 11.03 |

Invoice Total  $3,164.52

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Account Number: ▓▓▓▓▓▓▓▓
Bank Name: ▓▓▓▓▓▓▓▓, Wire ABA #▓▓▓▓▓▓▓▓, ACH Routing #: ▓▓▓▓▓▓▓▓

**Total Balance Due**

$104,617.27



Class Action Administration LLC
1100 2nd Ave. Suite #300
Seattle, WA  98101
206.788.8750

www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2020 | 14052 |

**BILL TO**

Bajo Cuva Cohen Turkel P.A.
c/o Anthony J. Severino
100 N Tampa St # 1900
Tampa, FL 33602

| PROJECT | TERMS |
|---|---|
| YHC - Halperin v. YouFit Health Clubs, LL | Net 30 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (Distribution) | | |
| | Check Printing and Postage (assumes 14,437 checks) | 8,575.58 | 8,575.58 |

**Invoice Total**   $8,575.58

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name: ▮▮▮▮   Account Number: ▮▮▮▮
Bank Name: ▮▮▮▮   Wire ABA # ▮▮▮▮   ACH Routing #: ▮▮▮▮

**Total Balance Due**

$104,617.27

# EXHIBIT B



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA  98101
206.788.8750

www.jndla.com

# Statement

| BILL TO | DATE |
|---|---|
| Bajo Cuva Cohen Turkel P.A.<br>c/o Anthony J. Severino<br>100 N Tampa St # 1900<br>Tampa, FL 33602 | 4/30/2020 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| 07/31/2019 | YHC - Halperin v. YouFit Health Clubs, LL-<br>INV #132414. Orig. Amount $11,272.55. | 11,272.55 | 11,272.55 |
| 08/31/2019 | INV #292982. Orig. Amount $58,529.77. | 58,529.77 | 69,802.32 |
| 09/30/2019 | INV #5178. Orig. Amount $11,237.10. | 11,237.10 | 81,039.42 |
| 10/28/2019 | INV #32230. Orig. Amount $4,936.42. | 4,936.42 | 85,975.84 |
| 11/30/2019 | INV #76647. Orig. Amount $6,901.33. | 6,901.33 | 92,877.17 |
| 12/31/2019 | INV #77153. Orig. Amount $3,164.52. | 3,164.52 | 96,041.69 |
| 01/31/2020 | INV #14052. Orig. Amount $8,575.58. | 8,575.58 | 104,617.27 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 8,575.58 | 0.00 | 96,041.69 | $104,617.27 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
To pay by ACH or wire please contact us at
or at 206-709-6412 to obtain a copy of our ACH/wire instructions.