IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-61722-WPD

| | |
|---|---|
| CYDNEY HALPERIN, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff,* | JURY TRIAL DEMANDED |
| vs. | |
| YOUFIT HEALTH CLUBS, LLC, a Florida limited liability company | |
| *Defendant.* | |

## REPLY IN SUPPORT OF MOTION TO ENFORCE THE SETTLEMENT

The Settlement Agreement, as approved by the Court and subsequently modified by the written agreement of Youfit and Class Counsel, requires, among other things, that Youfit make payments of attorneys' fees and expenses to Class Counsel on April 15 and May 15. Youfit has undisputedly not made the April 15 payment, and seemingly does not intend to make the May 15 payment. Instead Youfit argues that it should be entitled to unilaterally and indefinitely modify the payment schedule to suit its business needs. There is no basis for such relief notwithstanding the current global pandemic. Youfit has known about its obligation to set aside funds to pay the remaining installment payments since no later than the Court's entry of the Final Approval Order on November 1, 2019.

Notwithstanding, instead of requesting prior to April 15 to meet and confer with Class Counsel regarding the purported need to modify the payment schedule, Youfit did nothing. It did not make payment as required on April 15, and for days, while Class Counsel attempted to meet and confer with Youfit's counsel prior to filing this motion, Youfit seemingly refused to respond to its own attorneys' requests for an explanation. Since that time, notwithstanding Class Counsel's repeated invitations to do

so, Youfit has still not proposed a modified payment schedule or attempted to make a partial payment of the April 15 installment. Instead, Youfit has taken the indefensible position that because Class Counsel has filed a motion to enforce Youfit's express obligations pursuant to this Court's Final Approval Order, it will simply continue to not pay or seek to resolve its outstanding debt.

The Court should therefore require Youfit to pay to Class Counsel the April 15 and May 15 installments by no later than May 15.

Dated: May 8, 2020

                                              Respectfully submitted,

/s/ Scott Edelsberg
**EDELSBERG LAW, PA**
Florida Bar No. 0100537
scott@edelsberglaw.com
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320