IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-61722-WPD

CYDNEY HALPERIN, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

YOUFIT HEALTH CLUBS, LLC, a
Florida limited liability company,

    Defendant.
_____/

## NOTICE OF ATTORNEY APPEARANCE ON BEHALF OF
## JND LEGAL ADMINISTRATION CO.

Marcy Levine Aldrich, of the law firm of Akerman LLP, hereby enters an appearance as counsel on behalf of JND Legal Administration Co., and requests that all notices, pleadings and other papers filed with the Court in the above-captioned matter be served upon her at the address listed below.

*Counsel for Court-Appointed Claims Administrator and Proposed Intervenor JND Legal Administration Co.*

/s/ *Marcy Levine Aldrich*
Marcy Levine Aldrich (FBN 0968447)
Bryan T. West (FBN 83526)
**Akerman LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Miami, Florida  33131
Telephone: 305-374-5600
Fax: 305-374-5095
marcy.aldrich@akerman.com
bryan.west@akerman.com

53065212;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through the CM/ECF system this 11th day of May, 2020, and served on those parties who have appeared in this matter through the CM/ECF system.

/s/ *Marcy Levine Aldrich*
Marcy Levine Aldrich

53065212;1