# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-cv-61722-WPD

| | |
|---|---|
| CYDNEY HALPERIN, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff,* | **JURY TRIAL DEMANDED** |
| vs. | |
| YOUFIT HEALTH CLUBS, LLC, a Florida limited liability company | |
| *Defendant.* | |

## JOINT STATUS REPORT

Pursuant to the Court's May 9, 2020 Order, DE #57, the Parties jointly submit this Joint Status Report to inform the Court that they were unable to resolve the dispute regarding the two outstanding payments. The Parties telephonically met and conferred on May 13th. On that call Defendant presented two options to Plaintiff: (1) agree to meet and confer in 30 days to discuss a new payment plan or (2) agree to an amended payment schedule whereby the two remaining payments would be paid in 60 and 90 days, respectively. Plaintiff responded via email and requested that Defendant's CEO, Rick Berks, personally guarantee that the two remaining payments would be made in 60 and 90 days. Plaintiff requested a personal guarantee because Defendant previously failed to make a timely payment (unrelated to COVID-19) and had already requested one modification of the payment schedule to which Plaintiff agreed. Defendant rejected Plaintiff's demand and confirmed that it would not present any other settlement options.

Dated: May 14, 2020

Respectfully submitted,

/s/ Scott Edelsberg
**EDELSBERG LAW, PA**
Florida Bar No. 0100537
scott@edelsberglaw.com
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320

By: /s/ Kenneth Turkel
BAJO | CUVA | COHEN | TURKEL
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Telephone: (813) 443-2199
Facsimile: (813) 443-2193
Kenneth G. Turkel, FBN 867233
kturkel@bajocuva.com