UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61722-CIV-DIMITROULEAS/SNOW

CYDNEY HALPERIN, individually and
on behalf of all others similarly situated,
       Plaintiff,
v.

YOUFIT HEALTH CLUBS, LLC,
a Florida limited liability company,

       Defendant.
_____/

## **ORDER**

This matter is before the Court on Class Counsel's Motion to Enforce the Settlement filed on April 17, 2020, and Claims Administrator JND Legal Administration Co.'s Motion for Leave to Join in Plaintiff's Motion for Enforcement of Settlement (ECF No. 51). (ECF Nos. 51, 53) The Honorable William P. Dimitrouleas, United States District Judge, referred these Motions to the undersigned United States Magistrate Judge. (ECF Nos. 52, 54)

On November 1, 2019, this Court granted Final Approval to the class wide settlement of claims in this action. (ECF No. 44) The parties agreed to a modified payment schedule, which allowed Defendant to make payments on February 15, 2020, March 15, 2020, April 15, 2020, and May 15, 2020. (ECF No. 48) Defendant failed to make the April 15th payment. On April 17, 2020, Class Counsel filed the instant Motion seeking payment for its April 15th payment and an acceleration of the May 15th payment.

After carefully reviewing the Motion to Enforce Settlement, the Response and Reply, the undersigned ordered the parties to meaningfully confer in an effort to resolve the issue regarding the April and May payments prior to seeking court intervention and to report to the Court regarding

those discussions. (ECF No. 57)  On May 13, 2020, the parties telephonically met and conferred. On May 14, 2020, the parties filed an Amended Joint Status Report as required by this Court. (ECF No. 60)  The Amended Joint Status Report outlined the options presented, the agreements reached and the modifications rejected by the parties.

The parties were able to agree to an amended payment schedule whereby the two remaining payments would be paid in 60 and 90 days, respectively.  Presumably, the payments would be made on July 15, 2020, and August 15, 2020.  The parties could not agree to Plaintiff's additional request to require Defendant's CEO to personally guarantee the two remaining payments.  The undersigned finds that the extension of the payments as referenced above is permitted under the terms of the settlement. (ECF No. 44 at 9, ¶20)  The additional requirement of a personal guarantee shall not be mandated at this time.  However, the Court cautions the parties that no additional extensions of time will be granted, since Defendant was aware of these financial commitments in November 2019 and already has received a previous extension of time from Plaintiff to make these payments.

Additionally, on May 1, 2020, JND Legal Administration ("JND"), the Claims Administrator filed its Motion for Leave to Join in Plaintiff's Motion for Enforcement of Settlement.  (ECF No. 53).  The undersigned finds that this Motion does not seek to join the relief requested by Class Counsel for its payment, but seeks instead to pursue relief on behalf of JND.  JND indicates that it undertook a significant amount of work to administer the settlement and that it is owed $104,617.27 for its work to date.  Further, as acknowledged by JND, it previously has sought this relief by improperly sending letters to the Court. (ECF Nos. 46, 49)   The Court declined to address the requested relief in the manner presented.  Further, the Court indicated  that "JND may choose to file a properly pled action in the appropriate court." (ECF No. 50 at 1)  The Court stated that it "takes

no position at this time as to whether the Court has jurisdiction over any potential breach of contract action that might be brought by JND against YouFit." (ECF No. 50 at 1-2) The undersigned reiterates this statement. The Court finds that a Motion to Join is an inappropriate procedural vehicle to obtain the relief it seeks for its own redress.

Accordingly, having carefully considered the Motion to Enforce Settlement, the Response and Reply thereto, the Amended Joint Status Report, the Motion to Join, the Response thereto[1], the court file and applicable law, it is hereby

ORDERED AND ADJUDGED that Class Counsel's Motion to Enforce Settlement Agreement (ECF No. 51) is GRANTED. Defendant shall make the remaining two payments to Class Counsel on or before July 15, 2020, and August 15, 2020. No further extensions of time will be granted to complete these payments. It is

FURTHER ORDERED AND ADJUDGED that the Claims Administrator JND Legal Administration Co.'s Motion for Leave to Join in Plaintiff's Motion for Enforcement of Settlement (ECF No. 53) is DENIED without prejudice. The Court declines to address at this time whether it has jurisdiction over any potential action that might exist between JND and Defendant since that issue is not properly before the Court.

DONE and ORDERED at Fort Lauderdale, Florida this 15th day of May, 2020.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable William P. Dimitrouleas
All Counsel of Record and/or Pro Se Parties

---

[1] In light of the finding that the Motion to Join is procedurally improper, no Reply was required by the Court.